AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE APRIL 4, 2008 |
|---|---|
| NAME OF SERVER (PRINT) KENNETH SCOTT | TITLE ASSOC. INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: FULTON PARK ASSOCIATES, L/P dba FULTON PARK ASSOCIATES, 1465 A FLATBUSH AVE, BROOKLYN, NY 11210 UPON LUKE RUBENSTEIN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-7-08
              Date

Signature of Server: Kenneth J. Scott
C/O SPC INVESTIGATIONS
9 Enwood St, Yonkers, NY 10704
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.