05/02/2008 13:44 FAX                                                                                    ☒002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BUILDING SERVICE 32BJ HEALTH FUND; BUILDING
SERVICE 32BJ PENSION FUND; BUILDING SERVICE
32BJ LEGAL SERVICES FUND; THOMAS SHORTMAN
TRAINING, SCHOLARSHIP and SAFETY FUND;
BUILDING SERVICE 32BJ SUPPLEMENTAL
RETIREMENT and SAVINGS FUND,

                                       Plaintiffs,

                 - against -

FULTON PARK FOUR ASSOCIATES, L.P. d/b/a
FULTON PARK 4 ASSOC.; and FULTON
MANAGEMENT CO. LLC,

                                    Defendants.
------------------------------------------------------------x

Case No.: 08 CV 2524 (NRB)

**STIPULATION AND ORDER**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that the time for Defendants Fulton Park Four Associates, L.P. and Fulton Management Co LLC s/h/a "Fulton Park Four Associates, L.P. d/b/a Fulton Park 4 Assoc.; and Fulton Management Co. LLC" to Answer, plead or otherwise move shall be and is extended through the close of business on Monday, June 2, 2008. This is the first request for an extension of the deadline. The foregoing notwithstanding, the Defendants shall not raise any affirmative defense relating to any defect in service of the Summons and Complaint.

Dated: New York, New York
        May 1, 2008

RAAB, STURM GOLDMAN &
GANCHROW, LLP
*Attorneys for Plaintiffs*

By: _____
    Michael Geffner (MG-6785)
    317 Madison Avenue, Suite 1708
    New York, New York 10017
    (212) 683-6699

Dated: New York, New York
        May 2, 2008

TARTER KRINSKY & DROGIN LLP
*Attorneys for Defendants*

By: _____
    Laurent S. Drogin (LD-4770)
    1350 Broadway, 11th Floor
    New York, New York 10018
    (212) 216-8000

SO ORDERED:

_____
U.S.D.J.  5/6/08

00195788