UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BUILDING SERVICE 32BJ HEALTH FUND; BUILDING
SERVICE 32BJ PENSION FUND; BUILDING SERVICE
32BJ LEGAL SERVICES FUND; THOMAS SHORTMAN
TRAINING, SCHOLARSHIP and SAFETY FUND;     Case No.: 08 CV 2524 (NRB)
BUILDING SERVICE 32BJ SUPPLEMENTAL
RETIREMENT and SAVINGS FUND,

                                                             **NOTICE OF APPEARANCE**
                              Plaintiffs,

                             - against -

FULTON PARK FOUR ASSOCIATES, L.P. d/b/a
FULTON PARK 4 ASSOC.; and FULTON
MANAGEMENT CO. LLC,

                              Defendants.
------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE**, that Tarter Krinsky & Drogin LLP has been retained by defendants Fulton Park Four Associates, L.P. and Fulton Management Co LLC s/h/a "Fulton Park Four Associates, L.P. d/b/a Fulton Park 4 Assoc.; and Fulton Management Co. LLC" in the above-entitled action, and hereby requests service of all papers and notices of proceedings in the action.

Dated:  New York, New York
           May 30, 2008

                                                TARTER KRINSKY & DROGIN LLP
                                                *Attorneys for Defendants*

                                                By: Laurent S. Drogin (LD-4770)
                                                1350 Broadway, 11th Floor
                                                New York, New York 10018
                                                (212) 216-8000