

**TARTER KRINSKY & DROGIN LLP**
ATTORNEYS AT LAW

**MEMO ENDORSED**



MAY 30 2008

ED STATES DISTRICT JUDGE

May 30, 2008

VIA FACSIMILE (212) 805-7927

Hon. Naomi R. Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

Re: Building Service 32BJ Health Fund, et al. v.
Fulton Park Four Associates, L.P., et al.
Civil Docket No. 08-cv-2524 (NRB)
Our File No. 714 LAB110

Dear Judge Buchwald:

This firm represents defendants Fulton Park Four Associates, L.P. and Fulton Management Co LLC s/h/a "Fulton Park Four Associates, L.P. d/b/a Fulton Park 4 Assoc.; and Fulton Management Co. LLC" in the above-referenced action. As set forth in the Stipulation and Order so ordered by Your Honor on May 6, 2008, the time for defendants to Answer, plead or otherwise move shall be and is extended through the close of business on Monday, June 2, 2008.

We are requesting a further extension of such time as the parties are continuing to actively pursue settlement of the above-referenced matter. This is the second request for an extension of this deadline and is being made on consent of plaintiffs' counsel. In furtherance of settlement, defendants have consented to participate in an audit of their records. Therefore, for the purpose of providing the parties with sufficient time to complete this audit process, we are respectfully requesting an extension of time from June 2, 2008 to and including ~~July 2~~, 2008 for defendants to Answer, plead or otherwise move.

*[handwritten: June 27, NRB]*

*[right margin handwritten: So Ordered as modified. [signature] USDJ 6/2/08]*



NEW YORK OFFICE
1350 BROADWAY
NEW YORK, NY 10018
TEL: 212.216.8000
FAX: 212.216.8001

NEW JERSEY OFFICE
475 WALL STREET
PRINCETON, NJ 08540
TEL: 609.683.9494
FAX: 609.683.7490

MAIL@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM

00137024

Hon. Naomi R. Buchwald
United States District Judge
May 30, 2008
Page 2

Thanking you in advance for your consideration in this matter.

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*

By: *[signature]*
Tara Toevs (TT-7181)

cc:  Via Facsimile (212) 779-8596
Rabb Sturm & Goldman LLP
*Attorneys for Plaintiffs*
Attention: Michael Geffner, Esq.

00137024