**TARTER KRINSKY & DROGIN LLP**
ATTORNEYS AT LAW

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

July 2, 2008

RECEIVED IN CHAMBERS
NAOMI REICE BUCHWALD
JUL - 2 2008
UNITED STATES DISTRICT JUDGE

**VIA FACSIMILE (212) 805-7927**
Hon. Naomi R. Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007

Re: Building Service 32BJ Health Fund, et al. v.
Fulton Park Four Associates, L.P., et al.
Civil Docket No. 08-cv-2524 (NRB)
Our File No. 714 LAB110

Dear Judge Buchwald:

This firm represents defendants Fulton Park Four Associates, L.P. and Fulton Management Co LLC s/h/a "Fulton Park Four Associates, L.P. d/b/a Fulton Park 4 Assoc.; and Fulton Management Co. LLC" in the above-referenced action. In our letter to Your Honor, dated June 27, 2008, we renewed our second request for an extension, to and including July 2, 2008, for defendants to Answer, plead or otherwise move. As the parties are continuing to actively pursue settlement in this matter, we write, upon consent of plaintiffs' counsel, for an additional request for an extension of time for defendants to Answer, plead or otherwise move to and including July 29, 2008.[1]

Thanking you in advance for your consideration in this matter.

Respectfully submitted,

*Final extension. So Ordered. Naomi Reice Buchwald USDJ 7/3/08*

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*

By: _____
Tara Toevs (TT-7181)

cc: Via Facsimile (212) 779-8596
Rabb Sturm & Goldman LLP
*Attorneys for Plaintiffs*
Attention: Michael Geffner, Esq.

---

[1] The parties are currently about $25,000 apart in their settlement negotiations.

NEW YORK OFFICE:
1350 BROADWAY
NEW YORK, NY 10018
TEL: 212.216.8000
FAX: 212.216.8001

NEW JERSEY OFFICE:
475 WALL STREET
PRINCETON, NJ 08540
TEL: 609.683.9494
FAX: 609.683.7490

MAIL@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM

00142208