```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LOCAL 32BJ, et al.,

                Plaintiffs,

  - against -                  O R D E R

FULTON PARK FOUR ASSOCIATES, L.P. d/b/a    08 Civ. 2524 (NRB)
FULTON PARK 4 ASSOC. and FULTON MANAGEMENT
CO. LLC,

                Defendants.
----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

Dated:   New York, New York
          July 30, 2008

                                NAOMI REICE BUCHWALD
                                UNITED STATES DISTRICT JUDGE